RANDY RUMPH SBN 232235
218 H. St.
BAKERSFIELD, CA, 93304
Telephone 322-4600

Attorneys for Plaintiff
YOUSEF ABOU HARB


John R. Szewczyk, SBN 109981
CLIFFORD & BROWN
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301-5230
Telephone: (661) 322-6023
Facsimile: (661) 322-3508

Attorneys for Defendant
DOWNS NORTH BAKERSFIELD INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| YOUSEF ABOU HARB, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOWNS NORTH BAKERSFIELD, INC.,<br><br>Defendants. | Case No.: 1:18-CV-00403-LJO-JLT<br><br>STIPULATION TO SET ASIDE DEFAULT AND TO ALLOW THE ANSWER FILED BY DEFENDANT DOWNS NORTH BAKERSFIELD TO STAND; ORDER THEREON<br>(Doc. 11) |

Plaintiff YOUSEF ABOU HARB ("Plaintiff" and/or "Harb"), and Defendant DOWNS NORTH BAKERSFIELD INC. ("Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS Plaintiff filed a complaint in the U.S. District Court-Eastern District of California against Defendant on March 23, 2018;

WHEREAS Plaintiff submits that Defendant was served on March 29, 2018;

1:18-CV-00403-LJO-JLT- Stipulation to Set Aside Default and to Allow the Answer Filed by Defendant Downs North Bakersfield to Stand; Order Thereon

-1-

WHEREAS Defendant did not respond to the complaint by April 19, 2018:

WHEREAS Plaintiff requested an Entry of Default as to Defendant on or about May 9, 2018;

WHEREAS the clerk of the Court entered a Default against Defendant on or about May 10, 2018;

WHEREAS Defendant filed an Answer to the Complaint with Jury Demand on May 10, 2018;

WHEREAS Defendant contends that it has a valid defense to the allegations contained in the Complaint, as well as can prove certain affirmative defenses raised against the allegations of the Complaint, as our set forth in its Answer which was filed with the Court on May 10, 2018;

WHEREAS no party is prejudiced by having this matter proceed forward through the normal course of litigation.

IT IS THEREFORE STIPULATED, pending execution of an order from this Court, that the Default of Defendant Downs North Bakersfield, Inc. entered May 10, 2018 be set aside and the Answer to the Complaint filed May 10, 2018 be allowed to stand as the Answer to the Complaint filed March 23, 2018.

IT IS SO STIPULATED.

LAW OFFICES OF RANDY RUMPH

Date: May __, 2018          By:     _____/s/_____
                                    Randy Rumph, Esq.
                                    Attorneys for Plaintiff Yousef Abou HArb


CLIFFORD & BROWN

Date: May __, 2018          By:     _____/s/_____
                                    John R. Szewczyk, Esq.
                                    Attorneys for Defendant
                                    DOWNS NORTH BAKERSFIELD INC.

1:18-CV-00403-LJO-JLT- Stipulation to Set
Aside Default and to Allow the Answer Filed by
Defendant Downs North Bakersfield to Stand;
Order Thereon

-2-

# **ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds that the above-stated Stipulation is approved and sanctioned by the Court and shall be and now is the Order of the Court. The Default entered against Defendant DOWNS NORTH BAKERSFIELD INC. on May 10, 2018 is hereby set aside, and the Answer filed by Defendant DOWNS NORTH BAKERSFIELD INC. on May 10, 2018 will stand as the Answer to the Complaint filed March 23, 2018.

IT IS SO ORDERED.

Dated: **May 23, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1:18-CV-00403-LJO-JLT- Stipulation to Set Aside Default and to Allow the Answer Filed by Defendant Downs North Bakersfield to Stand; Order Thereon

-3-