# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEF ABOU HARB,<br><br>　　　　　Plaintiff,<br>　v.<br>DOWNS NORTHERN BAKERSFIELD, INC.,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-00403 LJO JLT<br><br>ORDER REASSIGNING CASE<br><br>Old Case Number: 1:18-cv-00403 LJO JLT<br><br>New Case Number: 1:18-cv-00403 JLT |

The parties have indicated their willingness to consent to Magistrate Judge jurisdiction for all further proceedings in this case (Doc. 13; Doc. 14 at 11), including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c)(1). Accordingly, the Court **ORDERS**:

1. This case is REASSIGNED to Jennifer L. Thurston, Magistrate Judge, for all future proceedings and RENUMBERED as 1:18-cv-00403 JLT. The parties shall use this number in all future filings.

IT IS SO ORDERED.

Dated: __**June 15, 2018**__　　　　　_____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE