1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **EASTERN DISTRICT OF CALIFORNIA**
10
11   YOUSEF ABOU HARB,                          Case No.: 1:18-CV-0403- JLT
12                 Plaintiff,                   ORDER CLOSING CASE
13          v.
14   DOWNS NORTH BAKERSFIELD, INC.,
15                 Defendant.
16

17          The parties have stipulated to dismiss the action with each side to bear their own fees and costs.

18   (Doc. 25) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action

19   without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared."

20   Fed. R. Civ. P. 41(a)(1)(A)(ii).  Because all parties who have appeared in the action signed the

21   stipulation, it "automatically terminate[d] the action."  *Wilson v. City of San Jose*, 111 F.3d 688, 692

22   (9th Cir. 1997).  Accordingly, the Clerk of Court is **DIRECTED** to close this action.

23
     IT IS SO ORDERED.
24

25      Dated:    **March 18, 2019**              **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE
26
27
28